UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RODOLFO REYES, MAURO COTE GUZMAN,
and ALEJANDRO HUERTA REYES, on behalf
of themselves and all other persons similarly          Docket No.: 17-CV-2869 (JGK)
situated,

                        Plaintiffs,          **NOTICE OF MOTION FOR**
                                                       **PRELIMINARY APPROVAL**
          -against-          **OF CLASS SETTLEMENT**
                                                         **PURSUANT TO**
PISTICCI RESTAURANT CORP., MICHAEL          <u>**FED. R. CIV. P. 23**</u>
FORTE and VIVIAN FORTE,

                       Defendants.
-------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Peter A. Romero, Esq.

and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the

undersigned shall move this Court on a date and time to be determined by the Court, or as soon as

counsel may be heard, before the Hon. John G. Koeltl, United States District Judge, at the United

States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York,

New York 10007, for an Order: (1) granting preliminary approval of the proposed Settlement

Agreement; (2) certifying the proposed class for settlement purposes; (3) appointing Plaintiffs'

counsel as Class Counsel; (4) approving the parties' proposed notice of settlement to the putative

members of the class; (5) authorizing delivery of the proposed notice to the putative members of

the class; and (6) scheduling a Fairness Hearing to determine whether the proposed settlement is

fair, reasonable and adequate; and (7) granting such other and further relief as the Court deems

just and proper.

Dated: Hauppauge, New York
      November 30, 2018

                                          LAW OFFICE OF PETER A. ROMERO PLLC
                                          *Attorneys for Plaintiffs*
                                          825 Veterans Highway
                                          Hauppauge, New York 11788
                                          Tel.: (631) 257-5588
                                          Fax: (516) 248-6027

                      By:     /S/ Peter A. Romero, Esq.    
                                          PETER A. ROMERO, ESQ.
                                        DAVID D. BARNHORN, ESQ.

To:    Adam Gross, Esq.
        Jackson Lewis P.C.
        *Attorney for Defendants*
        666 Third Avenue
        29th Floor
        New York, New York 10017
        *via* ECF