UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RODOLFO REYES, MAURO COTE GUZMAN,
and ALEJANDRO HUERTA REYES, on behalf
of themselves and all other persons similarly         Docket No.:  17-CV-2869 (JGK)
situated,
                     Plaintiffs,

       -against-

PISTICCI RESTAURANT CORP., MICHAEL
FORTE and VIVIAN FORTE,
                     Defendants.
------------------------------------------------------------X

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, APPROVAL OF THE FLSA SETTLEMENT AND FOR APPROVAL OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES AND APPROVAL OF SERVICE PAYMENTS TO PLAINTIFFS**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Motion for Final Approval of the Class Action Settlement and Approval of the FLSA Settlement, the Declaration of Peter A. Romero in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement and the FLSA Settlement, and the supporting exhibits attached thereto, Plaintiffs' Memorandum of Law in Support of their Motion for Approval of Attorney's Fees and Reimbursement of Expenses and Approval of Service Payments to Plaintiffs Rodolfo Reyes, Mauro Cote Guzman, Alejandro Huerta Reyes and Jorge Neri, the Declaration of Peter A. Romero in Support of Plaintiffs' Motion for Approval of Attorney's Fees and Reimbursement of Expenses and Approval of Service Payments to Plaintiffs, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an order finally certifying the settlement class, granting approval of the Settlement Agreement and Release, granting final approval of the FLSA Settlement, approving Plaintiff's request for an award of attorneys' fees and costs, approving

Service Payments to Plaintiffs Rodolfo Reyes, Mauro Cote Guzman, Alejandro Huerta Reyes and Jorge Neri, and granting any other relief that the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Dated: Hauppauge, New York
August 23, 2019

                                          LAW OFFICE OF PETER A. ROMERO PLLC
                                          *Attorneys for Plaintiffs*
                                          825 Veterans Highway
                                          Hauppauge, New York 11788
                                          Tel.: (631) 257-5588
                        By:     /s/ Peter A. Romero
                                          PETER A. ROMERO, ESQ.
                                          DAVID D. BARNHORN, ESQ.